IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01001-BNB

SUNI J. OGLE,
Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DENVER WOMENS CORRECTIONAL FACILITY,
WARDEN NOBLE WALLACE,
WARDEN HALL,
WARDEN BUTTERFFIELD,
CAPTAIN SPARLING,
LIEUTENANT TRAAXLER,
LIEUTENANT MEEHAN,
MAJOR AHLIN,
LIEUTENANT PADGETT,
LIEUTENANT NAPLE,
MAJOR EVANS,
LIEUTENANT BINDER,
LIEUTENANT SHELBLIE,
CORRECTION OFFICER WILSON,
CORRECTION OFFICER GAUNT,
CORRECTION OFFICER ORTON,
CORRECTION OFFICER KAMINSKI,
CORRECTION OFFICER PREAP,
CORRECTION OFFICER SCOTT,
SARGENT JESIK, and
INMATE VALLERIE ELLINGTON,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

In an order filed on May 28, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why she has no assets and no means by

which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if she failed either to pay the initial partial filing fee or to show cause within thirty days.

On June 5, 2008, the copy of Magistrate Judge Boland's May 28 order that was mailed to Plaintiff at the address she provided was returned to the Court undelivered. The returned envelope bears a sticker stating "RETURN TO SENDER, NO SUCH NUMBER, UNABLE TO FORWARD." Handwritten notations on the returned envelope indicate "RTS" and "Parole." Plaintiff has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address and telephone number within ten days of any change of address or telephone number. Plaintiff has failed to comply with the Court's local rules and, as a result, she has failed within the time allowed either to pay the initial partial filing fee or to show cause why she is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why she has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 16day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01001-BNB

Suni J. Ogle,
Reg. No. 119162
Denver Women's Correctional Facility
PO Box 392005
Denver, CO 80239-8005

    I hereby certify that I have mailed the **ORDER AND JUDGMENT** to the above-named individuals on 7/16/08

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk